

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-13-2011

# Dorothy Allen v. LaSalle Bank

Precedential or Non-Precedential: Precedential

Docket No. 09-1466

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Dorothy Allen v. LaSalle Bank" (2011). *2011 Decisions.* Paper 1887.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1887

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

<u>PRECEDENTIAL</u>

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1466
_____

DOROTHY RHUE ALLEN,
by her Attorney in fact, James Martin,
Individually and as a class representative on behalf
of others similarly situated,
 Appellant
v.

LASALLE BANK, N.A;
CENLAR FEDERAL SAVINGS BANK FSB;
FEIN, SUCH, KAHN AND SHEPARD, PC;
JOHN DOE SERVICERS 1-100;
JOHN DOE LAW FIRMS 1-100
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-08-cv-02240)
District Judge:  Honorable Anne E. Thompson
_____

Argued September 13, 2010

Before:  SLOVITER, BARRY, and SMITH
<u>Circuit Judges</u>


<u>ORDER AMENDING OPINION</u>


        IT IS ORDERED that the slip opinion in the above case, filed January 12, 2011 be amended as follows:

Page 3, line 3, "Federal Debt Collection Practices Act" should be deleted and replaced by "Fair Debt Collection Practices Act."

By the Court,


 /s/   Dolores K. Sloviter
Circuit Judge

Dated: January 13, 2011